

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

March 19, 2018

**VIA ECF**

The Honorable Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   *Sucampo AG, et al. v. Amneal Pharmaceuticals LLC*
            Civil Action No. 17-2577 (PGS)(LHG)

Dear Judge Goodman:

    This firm, together with Paul Hastings LLP and Patterson Belknap Webb & Tyler LLP, represents plaintiffs Sucampo AG, Sucampo Pharmaceuticals, Inc., Sucampo Pharma, LLC, Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals USA, Inc., and Takeda Pharmaceuticals America, Inc. (collectively, "Plaintiffs") in the above-captioned matter. We write pursuant to L. Civ. R. 101.1(c)(5) to respectfully request leave of Court to withdraw the *pro hac vice* admission of Chloe X. Jiang, who was admitted *pro hac vice* in this matter on behalf of Sucampo AG, Sucampo Pharmaceuticals, Inc., and Sucampo Pharma, LLC on August 25, 2017 (D.I. 16). Saul Ewing Arnstein & Lehr LLP, Paul Hastings LLP, and Patterson Belknap Webb & Tyler LLP will continue to serve as counsel for Plaintiffs. If this meets with Your Honor's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

                                       Respectfully yours,

                                       Charles M. Lizza

cc:    All Counsel (via e-mail)

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

IT IS SO ORDERED that the *pro hac vice* admission of Chloe X. Jiang is withdrawn.

_____
Hon. Lois H. Goodman, U.S.M.J.